IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDWARD ALONSO, #202202228, | ) ) ) |
| Plaintiff, | ) ) |
| VS. | ) CIVIL ACTION NO. ) ) 3:23-CV-0489-G-BT |
| JOHNSON COUNTY JAIL, ET AL., | ) ) |
| Defendants. | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 29, 2023. The court has reviewed the Findings, Conclusions, and Recommendation for plain error and has found none. It is, therefore, **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**.

April 24, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**